

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2015

No. 04-15-00007-CV

Clevan **MEYERS**,
Appellant

v.

**NEWFIELD EXPLORATION COMPANY,**
Appellee

From the 452nd District Court, Edwards County, Texas
Trial Court No. 3725
The Honorable Robert Hoffman, Judge Presiding

# O R D E R

On February 5, 2015, the trial court clerk filed a notification of late record stating that the clerk's record had not been filed because appellant failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. On February 5, 2015, this court ordered Appellant to provide written proof to this court that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee.

On February 6, 2015, the trial court clerk filed a notice of payment. It is therefore ORDERED that the clerk's record be filed in this court no later than March 3, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court